Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas
_____ Division

**FILED**
SEP 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Manuel Esquibel Corona                )   Case No. 7:25cv420
                                      )   (to be filled in by the Clerk's Office)
                                      )
         *Plaintiff(s)*               )
(Write the full name of each plaintiff who is filing this complaint.   )   Jury Trial: (check one)  ☐ Yes  ☑ No
If the names of all the plaintiffs cannot fit in the space above,      )
please write "see attached" in the space and attach an additional      )
page with the full list of names.)                                     )
                -v-                                                    )
                                                                       )
See Attachment F: Summons List                                         )
                                                                       )
                                                                       )
         *Defendant(s)*                                                )
(Write the full name of each defendant who is being sued. If the       )
names of all the defendants cannot fit in the space above, please      )
write "see attached" in the space and attach an additional page        )
with the full list of names.)                                          )

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Manuel Esquibel Corona |
   | Street Address | 1602 W Louisiana Ave |
   | City and County | Midland |
   | State and Zip Code | Texas |
   | Telephone Number | (432)934-8487 |
   | E-mail Address | cadillaccaleb@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: U.S. Attorney's office
- Job or Title *(if known)*:
- Street Address: 400 West Illinois Suite 1200
- City and County: Midland
- State and Zip Code: Texas 79701
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Gateway Mortgage
- Job or Title *(if known)*:
- Street Address: 244 South Gateway Place
- City and County: Jenks
- State and Zip Code: Oklahoma 74037
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name: TD Auto
- Job or Title *(if known)*:
- Street Address: 2777 Inkster Road
- City and County: Farmington Hills
- State and Zip Code: Michigan 48334
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name: U.S. Department of Labor
- Job or Title *(if known)*:
- Street Address: 200 Constitution Ave NW
- City and County: Washington
- State and Zip Code: District Of Columbia
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5- Internal Revenue Services

Name Job or Title (if known)

Street Address- 1111 Constitution Ave NW

City and County- Washington

State and Zip Code- District of Colombia 20224

Telephone Number

E-mail Address (if known)


Defendant No. 6- U.S. Department of Treasury

Name Job or Title (if known)

Street Address- 1500 Pennsylvania Ave NW

City and County- Washington

State and Zip Code- District of Columbia 20220

Telephone Number

E-mail Address (if known)


Defendant No. 7- Federal Reserve Bank

Name Job or Title (if known)

Street Address- 1850 K St. NW

City and County- Washington

State and Zip Code- District of Columbia 20006

Telephone Number

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 8- <u>Social Security Administration</u>

Name Job or Title (if known)

Street Address- <u>6401 Security Blvd</u>

City and County- <u>Baltimore</u>

State and Zip Code- <u>Maryland 21235</u>

Telephone Number

E-mail Address (if known)


Defendant No. 9- <u>U.S. Department of Justice, Justin R. Simmons</u>

Name Job or Title (if known)

Street Address- <u>950 Pennsylvania Ave NW</u>

City and County- <u>Washington</u>

State and Zip Code- <u>District of Columbia</u>

Telephone Number

E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article III Section 2 of the U.S. Constitution, 28 U.S.C. 1331, 1332, 1335, 2201, Maxims of Equity, UCC

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

TBD Upon Disclosure

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEED ATTATCHMENTS A, B, C, D, E, & F

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE Attatchment B Section II Scope of Accounts To Be Recouped

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02/2025

Signature of Plaintiff: *Manuel E. Corona*
Printed Name of Plaintiff: MANUEL ESQUIBEL CORONA

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____